269 S.E.2d 621 (1980)
300 N.C. 194
Gladys L. BOST, Administratrix of the Estate of Wade Lee Bost and Gladys L. Bost, Individually,
v.
William J. RILEY, B. L. Rabold, Louis Hamman and Catawba Memorial Hospital, Inc.
Supreme Court of North Carolina.
May 6, 1980.
Gaither & Gorham, Hickory, for plaintiff.
Mitchell, Teele, Blackwell & Mitchell, Valdese, for defendants.
Petition by several defendants for discretionary review under G.S. § 7A-31, 44 N.C. App. 638, 262 S.E.2d 391. Denied.